Nelson, Appellant, *v.* Wagner et al.

Argued September 13, 1973. *I. B. Sinclair,* for appellant; *Joseph E. Pappano,* for appellee.

Order affirmed.

SPAULDING, J., absent.